1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>DENISE DIMACALE, *et al.*,<br><br>        Defendants. | Case No.:  2:21-cv-06012-CBM-RAOx<br><br>**FINAL JUDGMENT [JS-6]** |

17
18
19
20

        Consistent with the Order Following Bench Trial, judgment is hereby entered in favor of Defendants Denise Dimacale, Daniel Dimacale, and Nicole Dimacale and against the United States.

21
22

        **IT IS SO ORDERED.**

23
24

DATED:  MAY 17, 2024

25

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

26
27
28

1