Name: Gavin Greene, Assistnat United States Attorney
Address: 300 N. Los Angeles Street, Room 7211
City, State, Zip: Los Angeles, CA 90012
Phone: (213) 894-4600
Fax: (213) 894-0115
E-Mail: Gavin.Greene@usdoj.gov

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America

PLAINTIFF(S),

v.

Denise Dimacale, et al.,

DEFENDANT(S).

CASE NUMBER: 2:21-cv-06012-CBM-RAO

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that ___the United States of America___ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Order Following Bench Trial (ECF doc. no. 131)

☒ Judgment (specify):
   Final Judgment (ECF doc. no. 132)

☐ Other (specify):

Imposed or Filed on ___May 17, 2024___. Entered on the docket in this action on ___May 17, 2024___.

A copy of said judgment or order is attached hereto.

July 15, 2024                               Gavin L. Greene, AUSA
Date                                         Signature
                                             ☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                          **NOTICE OF APPEAL**