UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellant,<br><br>v.<br><br>DENISE DIMACALE; et al.,<br><br>              Defendants - Appellees. | No. 24-4392<br><br>D.C. No.<br>2:21-cv-06012-CBM-RAO<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>              Plaintiff - Appellee,<br><br>  v.<br><br>DENISE DIMACALE and DANIEL<br>DIMACALE,<br><br>              Defendants - Appellants,<br><br>and<br><br>NICOLE DIMACALE,<br><br>              Defendant. | No. 24-4665<br>D.C. No.<br>2:21-cv-06012-CBM-RAO<br>Central District of California,<br>Los Angeles |

Pursuant to the parties' stipulated motion (Docket Entry No. 10), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Robert Kaiser
Circuit Mediator

24-4392